**Order entered October 19, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00301-CV

**SURESH EDWARDS, Appellant**

**V.**

**AHEAD OF THE CURVE COLLISION & PAINTING, LLC, Appellee**

**On Appeal from the Co Civil Ct at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 1152003**

### ORDER

Before the Court is appellant's motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief received October 18, 2021 filed as of the date of this order.

/s/     KEN MOLBERG
        JUSTICE